JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 Bristol Street, Suite "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JS-6

| UNITED STATES OF AMERICA, | No. 8:14-cv-0403 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| CANDELARIO RAMIREZ, | |
| Defendant | |

   Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Candelario Ramirez, in the principal amount of $735.56 plus interest accrued to April 24, 2014, in the sum of $2,082.28; with interest accruing thereafter at $0.12 daily until entry of judgment, for a total amount of  $**2,804.20**.

DATED: April 24, 2014

                    DEAN D. PREGERSON
                    United States District Judge